**UNITED STATES of America, Plaintiff–Appellee,**

v.

**John Jairo GOMEZ, Defendant–Appellant.**

No. 04–6767.

United States Court of Appeals, Fourth Circuit.

Submitted: July 9, 2004.

Decided: July 27, 2004.

John Jairo Gomez, Appellant pro se.

Barbara Suzanne Skalla, Assistant United States Attorney, Deborah A. Johnston, Office of the United States Attorney, Greenbelt, Maryland, for Appellee.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Jairo Gomez appeals the district court's order denying his "Motion to Quash and Correct Sentence Pursuant to Plain Error." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Gomez,* Nos. CR–95–385–AW; CA–99–3288–AW (D.Md. Apr. 13, 3004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*